**FORM 9A. Notice of Related Case Information**                Form 9A (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 26-128

**Short Case Caption** In re: Kabir

**Filing Party/Entity** WebMD LLC

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

1. Doctor AI LLC v. WebMD LLC, Case No. 4:25-cv-00130, United States District Court for the Middle District of Georgia (originating case transferred to the District of New Jersey on September 3, 2025).

2. In re: Azad Kabir, Case No. 26-1076, United States Court of Appeals for the Third Circuit (Petition for Writ of Mandamus arising from the same civil action, dimissed).

☐    Additional pages attached

FORM 9A. Notice of Related Case Information                    Form 9A (p. 2)
                                                                  March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Doctor AI LLC
> John Doe 1 (believed to be OpenAI, Inc.)
> Nilesh Patkar

☐  Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> Ellis George LLP
> Nicholas Pradaxay, Esq.
>
> Weinberg Wheeler Hudgins Gunn & Dial
> Jefferson M. Starr, Esq.
>
> Riker Danzig LLP
> Wendi Opper Uzar, Esq.

☐  Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 02/19/2026           Signature: /s/ Steven McMahon Zeller

                           Name: Steven McMahon Zeller