NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**IN RE: AZAD ALAMGIR KABIR,**
*Petitioner*

2026-128

On Petition for Writ of Mandamus to the United States District Court for the District of New Jersey in No. 2:25-cv-15207-EP-JSA, Judge Evelyn Padin.

**ON PETITION FOR PANEL REHEARING**

Before TARANTO, MAYER, and STARK, *Circuit Judges*.

PER CURIAM.

**O R D E R**

On February 25, 2026, Azad Alamgir Kabir filed a petition for panel rehearing [ECF No. 20]. A supplement to the petition was filed March 4, 2026 [ECF No. 21].

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

FOR THE COURT

March 12, 2026
Date

Jarrett B. Perlow
Clerk of Court