NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE:  AZAD ALAMGIR KABIR,**

*Petitioner*

---

2026-128

---

On Petition for Writ of Mandamus to the United States District Court for the District of New Jersey in No. 2:25-cv-15207-EP-JSA, Judge Evelyn Padin.

---

**ON PETITION FOR REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, MAYER[1], LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[2]

PER CURIAM.

### O R D E R

On March 13, 2026, Azad Alamgir Kabir filed a petition for rehearing en banc [ECF No. 25]. The petition was first referred to the panel that issued the order, and thereafter

---

[1]    Circuit Judge Mayer participated only in the decision on the petition for panel rehearing.

[2]    Circuit Judge Newman did not participate.

2                                                              IN RE KABIR

the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

April 14, 2026
Date

Jarrett B. Perlow
Clerk of Court